```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 07592
   MICHAEL J SERRANO
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8030

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/03/2005 and was confirmed 05/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  57.38% from remaining funds.

     The case was converted to chapter 7 after confirmation 03/12/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI CURRENT MORTG         .00               .00             .00
MORTGAGE ELECTRONIC REGI MORTGAGE ARRE     3589.80               .00         3589.80
14601  S KEYSTONE CONDO A SECURED           797.90               .00          797.90
14601  S KEYSTONE CONDO A UNSECURED       NOT FILED              .00             .00
WELLS FARGO AUTO FINANCE SECURED           7075.00           2631.16         3938.97
WELLS FARGO AUTO FINANCE UNSECURED         3328.34               .00             .00
TRIAD FINANCIAL CORP     SECURED NOT I         .00               .00             .00
TRIAD FINANCIAL CORP     UNSECURED         5563.02               .00             .00
FIRST AMERICAN MITIGATOR NOTICE ONLY      NOT FILED              .00             .00
SCHOTTLER & ZUKOSKY      PRIORITY         NOT FILED              .00             .00
CAPITAL ONE              UNSECURED        NOT FILED              .00             .00
ECAST SETTLEMENT CORP    UNSECURED         1182.93               .00             .00
PHILIP M PELUSCO DDS     UNSECURED        NOT FILED              .00             .00
SHERMAN ACQUISITION      UNSECURED         4606.13               .00             .00
WAL MART STORES INC      UNSECURED        NOT FILED              .00             .00
*SCHOTTLER & ZUKOSKY     DEBTOR ATTY      1,394.00                          1,394.00
TOM VAUGHN               TRUSTEE                                              693.17
DEBTOR REFUND            REFUND                                             5,260.88

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              18,305.88

PRIORITY                                        .00
SECURED                                    8,326.67
    INTEREST                               2,631.16
UNSECURED                                       .00
ADMINISTRATIVE                             1,394.00
TRUSTEE COMPENSATION                         693.17
DEBTOR REFUND                              5,260.88

                 PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 07592 MICHAEL J SERRANO
```

```
                                    ---------------    ---------------
TOTALS                                    18,305.88          18,305.88
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 06/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 05 B 07592 MICHAEL J SERRANO